UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **KEDREEN PUGH, SID #973421,** § § § | |
| **Plaintiff,** § § | |
| vs. § | **CIVIL NO. SA-21-CV-427-FB** |
| § § | |
| **RANDAL HINES, San Antonio Police Officer; DOUGLAS GREENE, San Antonio Police Officer; and CALEB DOWNS, News Reporter,** § § § § § § | |
| **Defendants.** § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order of Dismissal of even date herewith dismissing Plaintiff Kedreen Pugh's 42 U.S.C. § 1983 Amended Civil Rights Complaint, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that Plaintiff Kedreen Pugh's Section 1983 Amended Civil Rights Complaint (ECF No. 5) against Defendant Randal Hines is **DISMISSED WITH PREJUDICE** for failure to state a non–frivolous claim. *See* 28 U.S.C. §§ 1915(e)(2)(B)(i)–(ii), 1915A(b)(1).

**IT IS FURTHER ORDERED** that motions pending, if any, are **DISMISSED** and the above entitled cause of action is hereby **CLOSED**.

It is so ORDERED.

SIGNED this 29th day of July, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE